72 F.3d 686
 Jack COHEN, on behalf of himself and all others similarly
situated, Plaintiff-Appellee,
and
Anthony Maniscalco, II, Plaintiff-Appellant,
v.
RESOLUTION TRUST CORPORATION, in its capacity as receiver
for Imperial Savings Association, an insured
depository institution, a.k.a. Imperial
Federal Savings Association,
Defendant-Appellee.
Jack COHEN, on behalf of himself and all others similarly
situated; Mark Rozells, Plaintiffs-Appellees,
and
Michael Lea, Plaintiff-Appellant,
v.
RESOLUTION TRUST CORPORATION, in its capacity as receiver
for Imperial Savings Association, an insured
depository institution, a.k.a. Imperial
Federal Savings Association,
Defendant-Appellee.
 Nos. 94-55209, 94-55218.
 United States Court of Appeals,
Ninth Circuit.
 Filed Jan. 2, 1996.
 
 Before: WALLACE, Chief Judge, KOZINSKI and RYMER, Circuit Judges.
 
 ORDER
 
 1
 Appellants Anthony Maniscalco and Michael Lea, members of a class action brought by Jack Cohen and other employees of Imperial Savings Association against the Resolution Trust Corporation, filed a motion to dismiss their appeals, including their pending petitions for rehearing and a suggestion for rehearing en banc. Pursuant to the stipulation of the parties, the appellants' motion is granted. Fed.R.App.P. 42(b).
 
 
 2
 Under Blair v. Shanahan, 38 F.3d 1514, 1521 (9th Cir.1994), we vacate our opinion, 61 F.3d 725 (9th Cir.1995), and remand to the district court for proceedings consistent with Blair.
 
 
 3
 APPEAL DISMISSED AND OPINION VACATED. CASE REMANDED TO DISTRICT COURT.